Leda GOLDENBERG,
Petitioner/Appellant,

v.

Stuart GOLDENBERG,
Respondent/Respondent.

No. 68287.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 26, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 7, 1996.

Rosenblum, Goldenhersh, Silverstein & Zafft, P.C., Merle L. Silverstein; Sanford J. Boxerman, Clayton, for appellant.

Eisen, Gillespie & Hilton, Lawrence G. Gillespie, Webster Groves, for respondent.

Before REINHARD, P.J., and KAROHL and DOWD, JJ.

*ORDER*

PER CURIAM.

Wife appeals from the portions of the dissolution decree denying her request for maintenance. We affirm. The findings and conclusions of the trial court are not erroneous; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

Judgment affirmed.